**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Jerry M. Keepers, M.D., Eric Kay-Fung Chan, M.D., and Vista Community Medical Center, LLP d/b/a Surgery Specialty Hospitals of America v. Michael Smith and Valerie Smith

Appellate case number:   01-20-00463-CV

Trial court case number: 2019-47101

Trial court:             295th District Court of Harris County

Date motion filed:       August 5, 2022

Party filing motion:     Appellant


        It is ordered that the motion for rehearing filed by appellant, Jerry M. Keepers, M.D., is **denied**.


Judge's signature: ____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of: Justices Goodman, Landau, and Countiss.


Date: ___August 23, 2022_____